SCOTT R. COMMERSON (State Bar No. 227460)
    scottcommerson@dwt.com
ADRIAN F. VALLENS (State Bar No. 332013)
    adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Plaintiffs*
AMAZON TECHNOLOGIES, INC.
and AMAZON CONTENT SERVICES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON CONTENT SERVICES, LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DVD TRADE INT. LTD, an unknown business entity d/b/a DVDSHELF; MEDIA WHOLESALE UK, an unknown business entity d/b/a DVDSHELF; YANGCHUN ZHANG, an individual d/b/a DVDSHELF; and Does 1-10 d/b/a dvd-wholesale.com, bilidvd.com, dvdshelf.com.au, ddddd.com.au, buydvds.com.au, dvds.trade, and dvdwholesale.co.uk,<br><br>                    Defendants. | Case No. 2:23-cv-6886<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

# I.    INTRODUCTION

1.    Defendants own, operate, and control a global network of websites (the "Piracy Websites") through which they sell digital versatile discs ("DVDs") that infringe Amazon's[1] most popular and acclaimed original, creative works, including *The Lord of the Rings: The Rings of Power* (together with the other television series listed in **Exhibit A**, the "Amazon Series"). Amazon has committed extensive resources to promote the Amazon Series, which have become hugely popular as a result, reaching millions of viewers across the globe. Defendants' scheme to exploit the worldwide recognition of the Amazon Series is straightforward and blatant—through their Piracy Websites, Defendants openly sell pirated and infringing DVDs containing unauthorized copies of the Amazon Series. To date, Amazon has not released for sale or distribution the Amazon Series on DVD, and instead exclusively distributes such content via its streaming-video-on-demand ("SVOD") platform, Amazon Prime Video ("Prime Video"). In addition to illegally reproducing and distributing Amazon's copyrighted content, Defendants' scheme infringes numerous other aspects of Amazon's intellectual property ("IP"), including the use of Amazon's registered trademarks and artwork on their pirated DVDs.

2.    Amazon's investigation reveals that Defendants' global infringement scheme goes well beyond exploiting Amazon's IP and entails widespread piracy. Amazon conducted multiple test purchases of non-Amazon DVDs from Defendants' Piracy Websites, and requested that the Motion Picture Association ("MPA") examine the test-purchased DVDs. The MPA determined that every single sample was pirated, infringing, and not authorized for sale.

---

[1] "Amazon" refers to Amazon Content Services, LLC ("Amazon Content") and Amazon Technologies, Inc. ("Amazon Technologies"). Together, Amazon Content and Amazon Technologies shall also be referred to as "Plaintiffs."

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

3.     Defendants' network of Piracy Websites is a willful and concerted infringement campaign. Amazon brings this action to stop Defendants' ongoing infringement, hold them accountable for their illegal actions, and recover damages and other relief.

## II.     PARTIES

4.     Amazon Content Services, LLC is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon Content owns or co-owns the copyrights relevant to this action.

5.     Amazon Technologies, Inc. is a Nevada corporation with its principal place of business in Seattle, Washington. Amazon Technologies owns the federally registered trademarks relevant to this action.

6.     Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the piracy and counterfeiting scheme alleged in this Complaint. Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

7.     On information and belief, Defendant Yangchun Zhang ("Zhang") is an individual doing business under the name DVDSHELF ("DVD Shelf"), which is at the center of Defendants' piracy and infringement scheme. Zhang is also the owner of a trademark registration for DVD Shelf in Australia. According to trademark records, Zhang is located in Sichuan, China. On further information and belief, Zhang personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, including targeting this wrongful conduct to the U.S., and derived a direct financial benefit as a result of that wrongful conduct.

8.     On information and belief, Defendant DVD Trade Int. Ltd ("DVD Trade") is a business organization doing business under the name DVD Shelf, whose

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1    principal place of business in unknown. On further information and belief, DVD Trade
2    personally participated in and/or had the right and ability to supervise, direct, and
3    control the wrongful conduct alleged in this Complaint, and derived a direct financial
4    benefit as a result of that wrongful conduct.

5          9.     On information and belief, Defendant Media Wholesale UK ("Media
6    Wholesale") is a business organization doing business under the name DVD Shelf,
7    whose principal place of business in unknown. On further information and belief,
8    Media Wholesale personally participated in and/or had the right and ability to
9    supervise, direct, and control the wrongful conduct alleged in this Complaint, and
10   derived a direct financial benefit as a result of that wrongful conduct.

11         10.    On information and belief, Does 1-10 are individuals or entities
12   responsible for, or doing business as, the Piracy Websites—dvd-wholesale.com
13   ("DVD Wholesale"), bilidvd.com, dvdshelf.com.au, ddddd.com.au, buydvds.com.au,
14   dvds.trade, and dvdwholesale.co.uk—and working in active concert with each other
15   and the named Defendants to knowingly and willfully manufacture, advertise, market,
16   offer, distribute, and sell pirated and counterfeit DVDs through the Piracy Websites.
17   The identities of these individuals or entities are presently unknown to Plaintiffs.

### III.    JURISDICTION AND VENUE

19         11.    The Court has subject matter jurisdiction over Amazon's claims for
20   copyright infringement, trademark infringement and counterfeiting, and false
21   designation of origin and false advertising, pursuant to 17 U.S.C. § 501(b), 15 U.S.C.
22   § 1114, 15 U.S.C. § 1121, 15 U.S.C. § 1125, and 28 U.S.C. §§ 1331 and 1338(a). The
23   Court has subject matter jurisdiction over Amazon's claims under California's Unfair
24   Competition Law (Bus. & Prof. Code Section 17200, *et seq.*) (the "UCL"), pursuant
25   to 28 U.S.C. §§ 1332 and 1367.

26         12.    The Court has personal jurisdiction over Defendants because they
27   transacted business and committed tortious acts within and directed to this judicial
28   district, and Amazon's claims arise from those activities. Specifically, Amazon's

1  investigation indicates that, in fact, Defendants use a logistics hub located at 17256 S
2  Main St, Gardena, CA 90243 (the "Gardena Address") to warehouse and fulfill orders
3  of their pirated and infringing DVDs for their U.S. customers. For instance, Amazon's
4  test purchases of pirated and infringing DVDs from Defendants' DVD Wholesale and
5  dvdshelf.com.au websites both displayed the Gardena Address as the return address
6  on shipping labels for the products that Defendants delivered to Amazon's
7  investigator. In addition, the Terms of Service displayed on Defendants' DVD
8  Wholesale and bilidvd.com websites indicate Defendants ship some of their packages
9  from a warehouse located in the U.S., presumably the Gardena Address.

10         13.    Defendants' infringement also targets U.S. companies and their IP, as the
11  vast majority of film and television series that are offered for purchase on the Piracy
12  Websites appear to be titles for an American audience offered by studios based in the
13  U.S. Many of these studios are based in Los Angeles, California. In addition, certain
14  of Defendants' Piracy Websites advertise to customers in the U.S., including to
15  customers in California, and ship infringing DVDs to customers in the U.S., including
16  to customers in California, using U.S. shipping companies or entities.

17         14.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a
18  substantial part of the events giving rise to the claims occurred in the Central District
19  of California, Western Division.

20                              **IV.   FACTS**

21  **A.    Amazon's Copyrights and Trademarks**

22         15.    Amazon and/or its affiliates produce and distribute many of the world's
23  most buzzworthy, coveted, lauded, and award-winning television shows and motion
24  pictures, including, but not limited to, the Amazon Series listed in **Exhibit A** attached
25  to this Complaint. As of the date of this filing, Amazon does not sell or distribute
26  DVDs of the Amazon Series, and instead exclusively offers these programs through
27  Prime Video, its premium on-demand entertainment service.

28         16.    Relevant to this Complaint, Amazon owns and/or controls, manages,

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

enforces, licenses, and maintains IP in connection with the Amazon Series.

17.    Specifically, Amazon Content owns or co-owns and has exclusive rights covered by the copyright registrations (the "Amazon Copyrights") in connection with certain Amazon Series. The Amazon Copyrights are attached together as **Exhibit B** (collectively, the "Copyrighted Series"). The Amazon Copyrights cover all episodes of the Copyrighted Series, and were duly and properly registered with the U.S. Copyright Office prior to, or within three months of, the Copyrighted Series having first aired on Prime Video.

18.    Amazon Technologies also owns, manages, enforces, licenses, and maintains the following registered trademarks (the "Amazon Trademarks"), which it displays in connection with distribution of the Amazon Series.

| **Mark** | **Registration No.** **(International Classes)** |
| --- | --- |
|  | 6,178,564 (IC 38, 41) |
|  | 5,775,763 (IC 9) |
| **AMAZON STUDIOS** | 6,239,839 (IC 41) |
| **prime video**  | 5,875,031 (IC 9, 38, 41) |

19.    True and correct copies of the registration certificates for each of the Amazon Trademarks are attached together as **Exhibit C**. One or more of the Amazon Trademarks is consistently placed within and visible within the content of each of the Amazon Series to signify to consumers that the Amazon Series are produced, distributed, and/or associated with Amazon. Moreover, the Amazon Series listed in **Exhibit A** are offered exclusively on Prime Video, which is extensively branded with one or more of the Amazon Trademarks.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

20.    By virtue of the significant time, money, and effort Amazon has expended creating, developing, advertising, and promoting the Amazon Series, millions of customers across the globe recognize Amazon as a leader in entertainment. For instance, one of the Amazon Series, *The Lord of the Rings: The Rings of Power*, which brings to screens for the first time stories of the Second Age of Middle-earth's history from J.R.R. Tolkien's *The Hobbit* and *Lord of the Rings*, attracted more than 25 million viewers on its first day streaming on Prime Video, breaking all previous records.[2] The show has been nominated for multiple awards, including a Critic's Choice Award and a Screen Actors Guild Award.[3]

21.    There is a close association among consumers between Amazon, the Amazon Trademarks, and all the products and services offered by Amazon. For hundreds of millions of consumers, the Amazon Trademarks have come to represent a wide selection of consumer products and services, outstanding customer service, and unsurpassed trust.

### B.    Amazon's Efforts to Prevent Infringement of Its Entertainment Offerings

22.    Amazon goes to great lengths to prevent piracy and infringement of its entertainment offerings and creative works. Its robust and aggressive IP enforcement programs utilize both internal and external resources to detect and combat infringing products and services. Amazon's programs include trained internal staff who regularly monitor for IP infringements and for counterfeit sellers around the world.

23.    When Amazon is alerted to suspected pirated, counterfeit, or infringing products, it promptly investigates and takes appropriate action.

---

[2]    https://press.aboutamazon.com/2022/9/the-lord-of-the-rings-the-rings-of-power-attracts-more-than-25-million-global-viewers-on-its-first-day-marking-prime-videos-biggest-premiere-ever (aboutamazon.com) (last accessed August 18, 2023).

[3]    https://press.amazonstudios.com/us/en/original-series/the-lord-of-the-rings-amazon-original-series/1 (amazonstudios.com) (last accessed August 18, 2023).

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

24.    In addition to its individual efforts to enforce its IP rights, Amazon sent test buys of DVDs purchased on Defendants' Piracy Websites to the MPA. The MPA is a trade organization that serves as the voice and advocate for the film, home video, streaming, and television industries in the U.S. and across the globe, and investigates the unlawful duplication and distribution of various film and television content in order to protect content creators and reduce piracy. As discussed below, after review, the MPA determined that certain non-Amazon DVD titles sold by Defendants were also counterfeit.

**C.    Defendants' Piracy Scheme**

25.    Defendants operate the Piracy Websites, through which they unlawfully advertise, market, and sell pirated DVDs that reproduce and distribute the content of the Amazon Series, thereby infringing the Amazon Copyrights, and that also bear and include depictions of the Amazon Trademarks without authorization, thereby infringing the Amazon Trademarks.

26.    Amazon's investigation started with DVD Wholesale, which targets U.S. customers. The DVD Wholesale website boasts that it is the "leading dvd distributor warehouse in the U.S." and "sell[s] top quality DVDs at factory price."[4]

27.    Amazon's investigation then revealed that DVD Wholesale is connected to a global operation controlled by DVD Trade, Zhang, and other unknown parties that sell pirated and infringing DVDs to customers around the world through the Piracy Websites, listed below.

| Piracy Websites |
|---|
| www.dvd-wholesale.com |
| www.bilidvd.com |
| www.dvdshelf.com.au |

---

[4] https://www.dvd-wholesale.com/ (last accessed August 18, 2023).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF · 8

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

| Piracy Websites |
| --- |
| www.ddddd.com.au |
| www.buydvds.com.au |
| www.dvds.trade |
| www.dvdwholesale.co.uk |

28.    Each of the Defendants' Piracy Websites is accessible in the U.S.

29.    The connections tying the Piracy Websites to Defendants Zhang and DVD Trade, as well as to each other, are extensive.

### 1.    *Similarities of the Piracy Websites*

30.    First, Defendants' Piracy Websites are similar in layout and appearance, displaying similar home pages and "contact" pages, as well as similar website banners, fonts, colors, and typeface. The Piracy Websites also largely sell the same titles.

31.    The similarities between the Piracy Websites are apparent from a review of the websites. Below are screenshots from certain Piracy Websites' homepages, taken on or about March 7, 2023:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF · 9

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1

# dvd-wholesale.com

2

New to DVD    Trending    Movies    Box Set    Blu-ray

3

DVD&BLU-RAY
**WHOLESALE**

Kids    Contact

Search products...    >    0    Log In

4

5

# DVD & Blu-ray Wholesale for TV Series & Movies

6

We're a leading dvd distributor company in the U.S., we sell top quality DVDs at factory price, offering the free shipping for every order within the United States. With the

7

warehouse in the U.S. and China, you could expect an ETA 8-10 working days by USPS, UPS & Fedex with tracking. We guarantee you get the item you ordered or the full refund. **Try a new order with us today, guarantee full refund if not satisfied and no returns necessary.**

8

**New to DVD Wholesale**

9

     

10

11

12

The Legend of Vox
Machina Complete
Season 1-2 DVD
Wholesale (6-Disc
2022-2023)
$18.35

13

Criminal Minds
Complete Series 1-
16 DVD Wholesale
(89-Disc 2005-
2023)
$122.85

Criminal Minds
Season 16 DVD
Wholesale (3-Disc
2023)
$12.85

The Chosen
Complete Series 1-3
DVD Wholesale (6-
Disc 2017-2023)
$24.79

The Chosen Season
3 DVD Wholesale
(2-Disc 2023)
$13.75

Animal Kingdom
Season 6 DVD
Wholesale (3-Disc
2022)
$13.85

14

15

# bilidvd.com

16

BILIDVD    New to DVD    New Movies    Cheap DVDs

No.1 CHEAP DVDs
**B I L I D V D**

Search DVDs...    SEARCH    0    Log In

17

Kids DVD    Contact Us

18

## Where to buy the new release dvds?

19

## We're the best online DVD retailer shop in the U.S.

20

BILIDVD sells new release DVDs & Blu-rays for tv series, movies and DVD box sets. all our DVDs are region 1 for the U.S. We guarantee you to
get what you paid for or a full refund and PayPal covers you for upto 180 days for any issues that may occur.

21

22

23

**New to DVD**

24

     

25

26

Evil Complete
Series 3 DVD
$16.85

Reacher Complete
Series 1 DVD
$16.85

Yellowstone
Complete Series 1-
5 Part 1 DVD
$49.95

Yellowstone Series
5 Part 1 DVD (8
Episodes)
$16.45

Glass Onion A
Knives Out
Mystery DVD
$13.85

All Creatures Great
and Small
Complete Series 3
DVD
$14.45

27

28

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**dvdshelf.com.au**

New to DVD    Movies    Box Sets    Star Wars

AUSTRALIA
**DVDSHELF**

Popular BBC Shows    Contact

 

Search products...    0    Log In

### Latest DVD Releases

    

The Legend of Vox Machina Complete Season 1-2 DVD
$43.95

Criminal Minds Complete Series 1-16 DVD
$174.95

Criminal Minds Season 16 DVD
$36.90

The Chosen Season 3 DVD
$33.79

The Chosen Complete Series 1-3 DVD
$69.79

Animal Kingdom Season 6 DVD
$33.79

**ddddd.com.au**

Home    New to DVD    Sale    Kids

AUSTRALIA
**5D DVDS**

Search DVDs...    0    Log In

  

## Your one-stop DVD shop for the latest DVD releases

Online shopping for the *latest dvd releases* from *recently released dvds* to tv box sets and movie collection. free shipping over $1 and 180 days money back guarantee. All our DVDs are region 4 PAL for Australia, you don't need a multi-region DVD player.  Browse our great selection now: Biography | Police Procedural | Ken Burns Documentary | Popular BBC Shows | War | Vampire | Zombie | Best of All Time for Kids | Disney Classics | Body Workout | Animated Sitcom | DC Comics | Japanese Animation | Marvel Studios | Space Opera | TV Mini Series. TO know more about the DVDs? Check the ratings and reviews in IMDb.

### Latest DVD Releases

     

Evil Complete Series 3 DVD
$32.95

Yellowstone Complete Series 1-5 Part 1 DVD
$89.95

Yellowstone Series 5 Part 1 DVD (8 Episodes)
$27.95

All Creatures Great and Small Complete Series 3 DVD
$29.95

Fear the Walking Dead Complete Series 1-7 DVD Set
$115.99

Fear the Walking Dead Complete Series 7 DVD
$29.99

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**buydvds.com.au**



**dvdwholesale.co.uk**



### 2.   *Defendants' Sale of Pirated DVDs*

32.   Second, each of the Piracy Websites offers pirated DVDs for the same collection of Amazon Series, which are listed in **Exhibit A**, and each of the Piracy Websites advertises these DVDs in a similar manner.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12

33.    For example, below are screenshots from each of the Piracy Websites advertising the sale of *The Lord of the Rings: The Rings of Power*, taken on or about March 7, 2023.[5] Each of the Piracy Websites displays the same infringing DVD cover of *The Lord of the Rings: The Rings of Power*, which copies Amazon's marketing posters for the series. Defendants also list the same payment methods from U.S. payment companies (Visa, MasterCard, American Express, and Discover), and each of the Piracy Websites lists identical categories of information, including "Item Condition," "Shipping," and "Payment."

---

[5] The screenshot for the dvds.trade website, shown below, was taken on or about May 25, 2023.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
213.633.6800 main · 213.633.6899 fax








Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1

**bilidvd.com**

2

 BiLiDVD   New to DVD   New Movies   Cheap DVDs

3    No.1 CHEAP DVDs   **BILIDVD**    Search DVDs...   **SEARCH**    Log In

Kids DVD   Contact Us

4

5   Search a DVD...   

Home / Shop All DVDs / TV Series / The Lord of the Rings ‹ ›

6   The Rings of Power Complete Series 1 DVD

Action, Adventure, Shop All DVDs, TV Series

7   **DVD Genres**

   The Lord of the Rings The

8   Best of All the Time          (2)     Rings of Power Complete

Shop All DVDs          (713)     Series 1 DVD

9   › TV Series          (227)     ★★★★★ (3 customer reviews)

› TV Series Collection          (16)

10   › TV Mini Series (21) (535)     $29.95 & Free Shipping

› Movie          (83)

11   › Movie Collection          (35)     **Where to buy the lord**

› Body Workout          (16)     **of the rings the rings of**

12   › Blu-ray          (14)     **power complete series**

Action          (56)     **1 dvd in the United**

13   Adventure          (31)     **States? We have region**

British TV Series          (46)     **1 the lord of the rings**

14   › BBC Shows          (31)     **the rings of power**

Comedy Drama          (166)     **season 1 dvd on sale,**

15   › Black Comedy          (14)     **buy the lord of the**

› Family Drama          (56)     **rings the rings of**

16   › Teen Drama          (3)     **power season 1 on dvd**

› Romance          (34)     **from our online DVD**

17   › Fantasy          (41)     **shop.**

› Medical Drama          (24)

18   Sitcom          (89)     • & **FREE Delivery** within the United States.

› Adult Animated          (11)     • Item Condition: Brand New Sealed.

19   › Animated Sitcom          (10)     • Shipping: Send from the United States. Read more for

Crime Drama          (126)        ETA, return & refund

20   › Police Procedural          (48)     • Guarantee: 180 days money back for any reason, seller

› Detective          (16)        pays return shipping fee.

21   › Legal Drama          (14)

› Political Drama          (11)     −   1   +   **ADD TO CART**

22   Suspense Mystery          (97)

› Spy Thriller          (5)     Guaranteed Safe Checkout

23   › Thrillers          (36)     

Historical          (98)

24   › Biography          (12)

› Documentary          (9)

25

26

27

28

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

# dvdshelf.com.au



**AUSTRALIA**
**DVDSHELF**

New to DVD    Movies    Box Sets    Star Wars

Popular BBC Shows    Contact

Search products...    →    Log In

Search a DVD...    🔍

**Genres of DVD**

Best of All the Time    (4)

Shop All DVDs    (720)
  › TV Series    (230)
  › TV Series Collection    (338)
  › TV Mini Series    (21)
  › Movie    (83)
  › Movie Collection    (36)
  › Body Workout    (16)
  › Blu-ray    (14)

Action    (56)

Adventure    (31)

British TV Series    (44)
  › PBS    (1)
  › BBC Shows    (30)

Comedy Drama    (169)
  › Black Comedy    (14)
  › Family Drama    (56)
  › Teen Drama    (3)
  › Romance    (35)
  › Fantasy    (42)
  › Medical Drama    (24)

Sitcom    (87)
  › Animated sitcom    (10)

Adult Animated    (12)

Crime Drama    (130)
  › Police Procedural    (50)
  › Detective    (17)
  › Legal Drama    (14)
  › Political Drama    (11)

Suspense Mystery    (97)
  › Spy Thriller    (5)
  › Thrillers    (36)

Historical    (99)
  › Biography    (12)
  › Christ Drama    (8)
  › Documentary    (9)
  › Ken Burns    (12)
  › War    (10)



Home / Shop All DVDs / TV Series / The Lord of the Rings The Rings of Power Season 1 DVD    ‹ ›

Action, Adventure, Shop All DVDs, TV Series

## The Lord of the Rings The Rings of Power Season 1 DVD

★★☆☆☆ (281 customer reviews)

**$32.85** & Free Shipping

The Lord of the Rings The Rings of Power Season 1 DVD FOR CHEAPEST SALE in Australia working with Region 4 DVD Players. This 3-Disc Brand New TV series set is released from 2022. INSTOCK SALE | Dispatch in 2-3 Days from Sydney, ETA 10+ Days | FREE SHIPPING by AU Post with Tracking | Quick Email Reply | 180-DAY Refund | Seller Pays Return Shipping Fee.

Condition: Brand new and sealed.

Format: Region 1&0, PAL for AU & NZ

Shipping: Send by AUS Post in 2-3 days from NSW

ETA: Please check our Must Read Bed Ordering

Returns & Refund: 180 days money back for quality issues, seller pays return postage.

–  1  +    **ADD TO CART**

**Guaranteed Safe Checkout**



✓ No-Risk Money Back Guarantee!
✓ No Hassle Refunds
✓ Secure Payments

SKU: D_LordRingsPower1-25

Categories: Action, Adventure, Shop All DVDs, TV Series

Tags: Disc-3, The Lord of the Rings the Rings of Power Complete Series 1 DVD, The Lord of the Rings The Rings of Power Season 1 DVD, The Lord of the Rings The Rings of Power Season 1 on DVD

**PayPal** Buy Now

The safer, easier way to pay

---

Description    **The Lord of the Rings The Rings of Power Complete Series 1 DVD for Sale in Australia**

This epic drama is set thousands of years before the events of J.R.R. Tolkien¨s The Hobbit and The Lord of the Rings, and will take viewers back to an era in which great powers were forged, kingdoms rose to glory and fell to ruin, unlikely heroes were tested, hope hung by the finest of threads, and the greatest villain that ever flowed from Tolkien¨s pen threatened to cover all the

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ddddd.com.au**

Home    New to DVD    Sale    Kids

AUSTRALIA
**5D DVDS**

Search DVDs...    🔍    🛒 ⁰    Log In

Search a DVD...    🔍

Best of All the Time (2)

Shop All DVDs (713)

TV Series (227)

TV Series Collection (335)

TV Mini Series (21)

Movie (83)

Movie Collection (35)

Body Workout (16)

Blu-ray (14)

Action (56)

Adventure (31)

British TV Series (46)

BBC Shows (31)

Comedy Drama (166)

Black Comedy (14)

Family Drama (56)

Teen Drama (3)

Romance (34)

Fantasy (41)

Medical Drama (24)

Sitcom (89)

Adult Animated (11)

Animated Sitcom (10)

Crime Drama (126)

Police Procedural (48)

Detective (16)

Legal Drama (14)

Political Drama (11)

Suspense Mystery (97)

Spy Thriller (5)

Thrillers (36)

Historical (98)

Biography (12)

Documentary (9)

Ken Burns (12)

War (9)

Western (20)

Horror (31)

Vampire (7)

Zombie (9)



Home / Shop All DVDs / TV Series / Buy The Lord of the Rings The Rings of Power Complete Series 1 DVD    ‹ ›

Action, Adventure, Shop All DVDs, TV Series

### Buy The Lord of the Rings The Rings of Power Complete Series 1 DVD

☆☆☆☆☆ (5 customer reviews)

**$32.20** & Free Shipping

### Where to buy the lord of the rings the rings of power complete series 1 dvd in Australia? We have region 4 the lord of the rings the rings of power season 1 dvd on sale, buy the lord of the rings the rings of power season 1 on dvd from our online DVD shop.

Item Condition: Brand New Sealed

Format: DVD region 1 on cover plus 0 | working in Australia & worldwide

Number of Discs: 3

Shipping: With tracking by AU Post

Payment: PayPal

Read about ALL YOU MUST KNOW before placing orders. (shipping, return & refund policy)

Estimated delivery on 17 - 20 March, 2023

−    1    +    **ADD TO CART**

Guaranteed Safe Checkout



✔ No-Risk Money Back Guarantee!

✔ No Hassle Refunds

✔ Secure Payments

SKU: DD_LordRingsPower1

Categories: Action, Adventure, Shop All DVDs, TV Series

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

**buydvds.com.au**






1

# dvds.trade

2

DVDs.Trade & COVID-19    Your Orders    Shipping & Policies

3        **WE TRADE**    Search products...    [→]    [0] Log In

Returns & Replacements    Privacy Notice

4

5    Search a title...    [🔍]    Home / Shop All DVDs / TV Series / The Lord of the Rings The Rings of Power Complete Series 1 DVD on Sale #1

6    Action (56)    Action, Adventure, Shop All DVDs, TV Series

7    Adult Animated (9)    **The Lord of the Rings The**
     Adventure (32)    **Rings of Power**
     Adventure for Kids (48)    **Series 1 DVD on Sale #1**

8    Animated Sitcom (6)
     Animation (21)    ★★★★★ (5 customer reviews)

9    BBC (27)    **£18.19** & Free Shipping

10   Best of All the Time (2)    Where to buy the lord of the rings the rings of power complete
     Biography (10)    series 1 dvd? Shop the lord of the rings the rings of power season 1

11   Black Comedy (12)    dvd at the cheapest price and free shipping within UK.
     Blu-ray (14)    Format: DVD working in UK

12   Body Workout (16)    Genre: Action, Adventure
     British TV Series (9)    Release Year: 2022

13   BBC Shows (4)    [−] 1 [+]    **ADD TO BASKET**
     Comedy drama (29)

14   Black Comedy (2)    Guaranteed Safe Checkout
     Family Drama (8)

15   Fantasy (3)    VISA  [mastercard]  [AMERICAN EXPRESS]  [DISCOVER]
     Medical Drama (4)

16   Romance (7)    ✔ No Risk Money Back Guarantee!
     Crime (39)    ✔ No Hassle Refunds

17   Crime Drama (17)    ✔ Secure Payments
     Detective (2)

18   Legal Drama (4)    SKU: LordRingsPower1
     Police Procedural (6)    Categories: Action, Adventure, Shop All DVDs, TV Series

19   Political Drama (1)    Tags: Hobbit, Middle Earth, The Lord of the Rings The Rings of Power
     DC Comics (24)    Complete Series 1 DVD, The Lord of the Rings The Rings of Power

20   Detective (14)    Season 1 DVD, The Lord of the Rings The Rings of Power Season 1 on
                        DVD
     Disney (5)

21   Disney Animation (25)    **PayPal** Buy Now
     Documentary (5)    The safer, easier way to pay

22   Dragon Ball (7)
     DreamWorks (3)    Description    Buy the lord of the rings the rings of power complete series 1 dvd from dvds.trade

23   DVDs (626)    online store, unbeatable lowest price and free delivery on every order.
     Family (48)
                        **Storyline of The Lord of the Rings**
24                      **The Rings of Power Complete**
                        **Series 1 DVD**
25

26

27

28

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
213.633.6800 main · 213.633.6899 fax

# dvdwholesale.co.uk

New Release DVDs    Movies on DVD

**DVD&BLU-RAY**
## WHOLESALE

Wholesale DVD Box Sets    Contact

Search products... | 🔍 | 🛒 | Log In

Search a DVD... | 🔍

Best of All the Time (2)
Shop All DVDs (715)
TV Series (228)
TV Series Collection (336)
TV Mini Series (21)
Movie (83)
Movie Collection (35)
Body Workout (16)
Blu-ray (14)
Action (56)
Adventure (31)
British TV Series (46)
PBS (1)
BBC Shows (30)
Comedy drama (166)
Black Comedy (13)
Family Drama (56)
Teen Drama (3)
Romance (34)
Fantasy (42)
Medical Drama (24)
Sitcom (86)
Animated sitcom (10)
Adult Animated (12)
Crime Drama (128)
Police Procedural (50)
Detective (16)
Legal Drama (14)
Political Drama (11)
Suspense Mystery (97)
Spy Thriller (5)
Thrillers (36)
Historical (98)
Biography (12)
Documentary (9)
Ken Burns (12)
War (9)
Western (20)

Home / Shop All DVDs / TV Series / The Lord of the Rings The Rings of Power Complete Series 1 DVD Wholesale UK   ‹ ›

Action, Adventure, Shop All DVDs, TV Series

## The Lord of the Rings The Rings of Power Complete Series 1 DVD Wholesale UK

☆☆☆☆☆ (3 customer reviews)

Looking for the lord of the rings the rings of power complete series 1 dvd wholesalers UK? We are the lord of the rings the rings of power season 1 dvd wholesale distributor in the UK. buy the lord of the rings the rings of power season 1 on dvd in bulk with us.

**Item Condition:** Brand New Sealed
**Format:** DVD region 1 on cover plus 0 | working in the UK, Euro & worldwide
**Number of Discs:** 3
**Shipping:** With tracking by Royal Mail or Fedex
**Payment:** PayPal
**Min order:** x6 pcs (can be different DVDs)

Read about ALL YOU MUST KNOW before placing orders. (shipping, return & refund policy)

Guaranteed Safe Checkout



✓ No-Risk Money Back Guarantee!
✓ No Hassle Refunds
✓ Secure Payments

**£15.95** & Free Shipping

− 1 + | ADD TO BASKET

SKU: LordRingsPower1
Categories: Action, Adventure, Shop All DVDs, TV Series
Tags: Based On Film, Disc-3, Fight, Hobbit, Middle Earth, Ring, Sword

Quantity discount

| Quantity | 1 - 4 | 5 - 9 | 10 - 49 | 50 - 99 | 100+ |
|----------|-------|-------|---------|---------|------|
| Price | £15.95 | £13.88 | £13.24 | £12.60 | £11.96 |

Description          The Lord of the Rings The Rings of Power Complete Series

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

34.     Plaintiffs conducted test purchases of each of the Amazon Series offered for sale by the Piracy Websites. Defendants shipped DVDs that Amazon has confirmed contain pirated and infringing copies of the Amazon Series, and that bear infringing depictions of the Amazon Trademarks both on the DVD covers and within the audiovisual content of the DVDs. Amazon has never offered for sale, sold, licensed, or otherwise authorized the sale of any DVDs of any of the Amazon Series, which Amazon currently streams exclusively through Prime Video.

35.     Amazon also amassed evidence to show that Defendants' global infringement scheme extends beyond infringement of Amazon's IP. In coordination with the MPA, Amazon conducted multiple test purchases from Defendants' Piracy Websites of DVDs bearing IP owned by other MPA members. Following delivery of those products, Amazon provided the DVDs to MPA for analysis. The MPA examined the DVDs and determined that every single sample, comprising more than 20 works, were infringing.

36.     Moreover, Defendants' Piracy Websites target U.S. companies and their IP, as the vast majority of film and television series that are offered for purchase on the websites are titles for an American audience offered by studios based in the U.S.

### 3.     *The Interrelated WhoIs Information*

37.     Third, Amazon located WhoIs[6] registrant information for each of the Piracy Websites. The WhoIs registrant information shows that six of the seven Piracy Websites either are, or have been, clearly affiliated with Defendant DVD Shelf or Defendant Zhang, as shown below:

---

[6] "WhoIs" refers to a widely used Internet record that identifies who owns a domain and how to get in contact with them.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

| Defendants' Website | Website WhoIs Registrant Information[7] |
|---|---|
| www.dvd-wholesale.com | DVDSHELF (Registrant Organization 2019-2022) |
| www.bilidvd.com | DVDSHELF (Registrant Organization 2020-2022) |
| www.dvdshelf.com.au | Yangchun Zhang (Registrant Name) |
| www.ddddd.com.au | Yangchun Zhang (Registrant Name) |
| www.buydvds.com.au | Yangchun Zhang (Registrant Name) |
| www.dvds.trade | DVDSHELF (Registrant Organization) |

38.     Public records also show that Defendant Zhang is the owner of a trademark registration filed in Australia for the mark "DVD Shelf." Defendant Zhang's address listed with "IP Australia," the Australian Trademark Office, is Wanxiang 7, ZingYi Ave, Quingshen County Meishan Sichuan, CN 620460. Zhang filed the trademark on August 24, 2017 and claimed rights in Australian Trademark Class 35 ("Retail and wholesale of videos and DVDs; Sale of DVDs . . . movie DVDs, TV show DVDs").

### 4.    *Payment Recipient Information*

39.     Finally, Amazon's investigation uncovered that each of the Defendants' Piracy Websites uses the online payment system PayPal, Inc. ("PayPal") to process payments related to the purchase of their DVDs. Amazon's investigator conducted test purchases of the DVDs for the Amazon Series from each of the Piracy Websites using PayPal as the payment method. The PayPal receipts for five of the Websites— DVD Wholesale, dvdshelf.com.au, ddddd.com.au, buydvds.com.au, and bilidvd.com—identify the same entity, DVD Trade, as the payment recipient. On information and belief, DVD Trade is an alias for Defendant DVD Shelf.

40.     The PayPal recipient displayed on the receipts received from the other

---

[7] As of 2022 through the present, the registrant information for DVD Wholesale and bilidvd.com is privacy-protected and is no longer publicly available.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

two Websites—dvdwholesale.co.uk and dvds.trade—is the same entity—Media Wholesale. The receipts also bear the same contact email of "ltd.turing@gmail.com." Thus, although dvdwholesale.co.uk does not identify DVD Trade or Zhang as the website registrant or PayPal merchant, its use of the same PayPal recipient (Media Wholesale) and contact email as dvds.trade clearly establishes its connection to the Piracy Websites.

41.    The WhoIs registrant information, together with the PayPal recipient information, for the Pirated DVD Websites are summarized below.

| Pirated DVD Website | WhoIs Registration Information[8] | PayPal Recipient |
|---|---|---|
| www.dvd-wholesale.com | DVDSHELF (Registrant Organization 2019-2022) | DVD Trade Int. Ltd. |
| www.bilidvd.com | DVDSHELF (Registrant Organization 2020-2022) | DVD Trade Int. Ltd. |
| www.dvdshelf.com.au | Yangchun Zhang (Registrant Name) | DVD Trade Int. Ltd. |
| www.ddddd.com.au | Yangchun Zhang (Registrant Name) | DVD Trade Int. Ltd. |
| www.buydvds.com.au | Yangchun Zhang (Registrant Name) | DVD Trade Int. Ltd. |
| www.dvds.trade | DVDSHELF (Registrant Organization) | Media Wholesale UK (with contact email ltd.turing@gmail.com) |
| www.dvdwholesale.co.uk | Privacy-protected | Media Wholesale UK (with contact email ltd.turing@gmail.com) |

---

[8] As of 2022 through the present, the registrant information for DVD Wholesale and bilidvd.com is privacy-protected and is no longer publicly available.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

**D.      Defendants' Mass Infringement Causes Plaintiffs Immediate and Irreparable Harm**

42.      The scope of Defendants' infringement of the Amazon Series is massive and ongoing. Defendants infringe the Amazon Series through their network of at least seven Piracy Websites, which ship to customers in the U.S. and abroad, twenty-four hours a day, seven days a week.

43.      Amazon, not Defendants, has the right to decide where, when, and how its content will be distributed to the public. In the case of the Amazon Series, Amazon streams this content exclusively through its SVOD platform, Prime Video.

44.      By selling pirated DVDs that infringe every aspect of Amazon's IP, from the Amazon Copyrights to the Amazon Trademarks, Defendants illegally and unfairly compete with Amazon, divert sales and subscriptions from Prime Video, and usurp Amazon's control over the Amazon Copyrights and Amazon Trademarks.

45.      Defendants also jeopardize Amazon's reputation for quality and unsurpassed customer service.

46.      This threat is underscored by customer complaints concerning Defendants' DVDs and their poor quality. For instance, a customer left a one-star review of DVD Shelf's website in 2021 stating that despite the company's "claim[] to only sell genuine products," the customer found the DVDs were "of EXTREMELY poor quality" and are "absolutely pirated copies," with, among other issues, episodes missing, sync problems, editing issues, and faulty discs.

47.      Another customer, who claimed to be located in California, also complained about DVD Shelf's products:

> This company is selling pirated versions of DVDs. I purchased two sets, which were faulty. I contacted the actual production company as I was told that they would have to replace the discs. The company had me send them the dvds and they confirmed that they were pirated.

48.      Defendants anticipate that their customers will have complaints

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

concerning their pirated DVDs and attempt to dissuade customers from contacting regulators. For instance, in or around November 2022, Defendants instructed their customers on the DVD Wholesale's FAQ section to "submit a customer complaint to us before [contacting] FTC [the Federal Trade Commission]" if they experienced problems with the DVDs.

49.     Defendants' infringing conduct will continue if it is not enjoined. Defendants' infringing conduct is causing immediate and irreparable harm to Amazon, and that harm will continue until Defendants are enjoined from engaging in their illegal conduct. Amazon now brings this action to protect its rights and put an end to Defendants' harmful conduct.

## V.     CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

#### *(by Amazon Content Against All Defendants)*

#### Copyright Infringement – 17 U.S.C. § 501

50.     Amazon Content incorporates by reference the allegations of the preceding paragraphs as though fully set forth herein.

51.     Under Section 106 of the Copyright Act, Amazon Content owns, co-owns, or exclusively controls certain rights that are protected by copyright in connection with original audiovisual works, including the Copyrighted Series. The copyright registrations being asserted against the Defendants by Amazon Content are attached together in **Exhibit B**.

52.     Defendants have infringed the Amazon Copyrights for the Copyrighted Series by reproducing, distributing copies of, publicly displaying, and/or creating derivative works of the copyrighted materials protected by the Amazon Copyrights without Amazon's authorization.

53.     Defendants' conduct has been intentional, deliberate, and willful within the meaning of 17 U.S.C. § 504.

54.     Defendants have committed acts which constitute infringement of the

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

Amazon Copyrights for the Copyrighted Series.

55.   Defendants derive a financial benefit directly attributable to the infringement of the Amazon Copyrights for the Copyrighted Series.

56.   As a result of Defendants' wrongful conduct, Amazon is entitled to recover its actual damages and Defendants' profits attributable to the infringement. Alternatively, Amazon is entitled to statutory damages under 17 U.S.C. § 504(c).

57.   The award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

58.   Amazon is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

59.   In addition, Amazon is entitled to injunctive relief, including an order impounding all infringing materials. Amazon has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) Amazon Copyrights and the works they protect are unique and valuable properties that have no readily determinable market value; (b) Defendants' infringement harms Amazon such that Amazon could not be made whole by any monetary award; and (c) Defendants' wrongful conduct, and the resulting harm to Amazon, is continuing.

## SECOND CLAIM FOR RELIEF

### (*by Amazon Technologies Against All Defendants*)

### Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114

60.   Amazon Technologies incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

61.   Defendants' activities constitute counterfeiting and infringement of the Amazon Trademarks as described in the paragraphs above.

62.   Amazon Technologies owns the Amazon Trademarks and advertises, markets, offers, distributes, and sells its products using the Amazon Trademarks described above and uses those trademarks to distinguish its products from the products and related items of others in the same or related fields.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

63.     Because of Amazon's long, continuous, and exclusive use of the Amazon Trademarks identified in this Complaint, the trademarks have come to mean, and are understood by customers and the public, to signify products from Amazon.

64.     Defendants unlawfully advertise, market, offer, distribute, and sell products bearing counterfeit versions of the Amazon Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intend customers to believe, incorrectly, that the products originate from, are affiliated with, and/or are authorized by Amazon and likely cause such erroneous customer beliefs.

65.     As of the date of the filing of this Complaint, Defendants continue to use the Amazon Trademarks in connection with their commercial sales in a manner that is likely to cause confusion, to cause mistake, or to deceive as to the source or origin of these counterfeit and infringing DVDs, and the sponsorship, affiliation, and approval by Amazon of these counterfeit and infringing DVDs.

66.     Amazon has not consented to Defendants' use of the Amazon Trademarks and has never authorized Defendants' use of Amazon Trademarks.

67.     Defendants' infringement of the Amazon Trademarks is willful.

68.     Amazon has been and continues to be damaged by Defendants' infringement.

69.     As a result of Defendants' wrongful conduct, Amazon is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Amazon is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

70.     Amazon is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Amazon has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Amazon Trademarks are

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

unique and valuable properties that have no readily determinable market value; (b) Defendants' counterfeiting and infringement activities constitute harm to Amazon and Amazon's reputation and goodwill such that Amazon could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Amazon, due to Defendants' wrongful conduct, is likely to be continuing.

## THIRD CLAIM FOR RELIEF

### (by Amazon Technologies Against All Defendants)

### False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)

71.    Amazon Technologies incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

72.    Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeit and infringing DVDs pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in Amazon products and services.

73.    Amazon Technologies owns the Amazon Trademarks and advertises, markets, offers, and sells its products using those trademarks described above and uses the trademarks to distinguish its products from the products and related items of others in the same or related fields.

74.    Because of Amazon's long, continuous, and exclusive use of the Amazon Trademarks, they have come to mean, and are understood by customers, end users, and the public, to signify products from Amazon.

75.    Defendants' wrongful conduct includes the infringement of the Amazon Trademarks in connection with Defendants' commercial advertising, marketing, offering, distributing, and/or selling of counterfeit and infringing Amazon products in interstate commerce.

76.    In advertising, marketing, offering, distributing, and selling products

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

bearing counterfeit and infringing versions of the Amazon Trademarks, Defendants have used, and on information and belief continue to use, the trademarks referenced above to compete unfairly with Amazon and to deceive customers. Upon information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, distributed, or sold in connection with the Amazon Trademarks and wrongfully trades upon Amazon's goodwill and business reputation.

77.   Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Amazon, all in violation of 15 U.S.C. § 1125(a)(1)(A).

78.   Defendants' acts also constitute willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

79.   Amazon is entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below. Defendants' acts have caused irreparable injury to Amazon. On information and belief, that injury is continuing. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

80.   Amazon is further entitled to recover Defendants' profits, Amazon's damages for its losses, and Amazon's costs to investigate and remediate Defendants' conduct and bring this action, including its attorneys' fees, in an amount to be determined. Amazon is also entitled to the trebling of any damages award as allowed by law.

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1

2

3

**FOURTH CLAIM FOR RELIEF**

(*by Amazon Content and Amazon Technologies Against All Defendants*)

**Violation of UCL, Bus. & Prof. Code § 17200, et seq.**

4       81.     Plaintiffs incorporate by reference the allegations of the preceding

5   paragraphs as though set forth herein.

6       82.     Defendants' advertising, marketing, offering, distribution, and sale of

7   DVDs that bear and/or include Amazon Trademarks without authorization constitute

8   an unfair method of competition and unfair and deceptive acts or practices in the

9   conduct of trade or commerce, in violation of the UCL.

10      83.     Defendants' advertising, marketing, offering, distribution, and sale of

11  counterfeit DVDs harm the public interest by deceiving customers about the

12  authenticity, origins, and sponsorship of the products.

13      84.     Defendants' advertising, marketing, offering, distribution, and sale of

14  counterfeit DVDs directly and proximately cause harm to and tarnish Plaintiffs'

15  reputations and brands, and damage their business and property interests and rights.

16      85.     Accordingly, Plaintiffs seek to enjoin further violations of the UCL and

17  recover from Defendants their attorneys' fees and costs.

18                          **VI.   PRAYER FOR RELIEF**

19      WHEREFORE, Plaintiffs respectfully pray for the following relief:

20      A.     That the Court enter an order permanently enjoining Defendants, their

21  officers, agents, representatives, servants, employees, successors, and assigns, and all

22  others in active concert or participation with them, from:

23                  (i)     importing, manufacturing, producing, distributing, circulating,

24                          offering to sell, selling, advertising, promoting, or displaying any

25                          product or service using any simulation, reproduction, counterfeit,

26                          copy, or colorable imitation of the Amazon Copyrights or the

27                          Amazon Trademarks, or which otherwise infringes the Amazon

28

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

Copyrights or Amazon Trademarks, on any platform or in any medium; and

(ii)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (i) above;

B.     That the Court enter an order requiring the respective registrars for the Piracy Websites' domains, as well as all others who receive notice of the Court's order, to transfer these domain names and any additional domain names found to be associated with Defendants' operation of the Piracy Websites to a registrar to be appointed by Plaintiffs to re-register the domain names in Plaintiffs' names, or the name(s) of their designee(s), and under Plaintiffs' ownership;

C.     That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

D.     That the Court enter an order pursuant to 17 U.S.C. § 503 impounding and permitting destruction of all products infringing the Amazon Trademarks and/or Amazon Copyrights or that otherwise infringe Amazon's IP, and any related materials, including business records and materials used to reproduce any counterfeit and/or infringing products, in Defendants' possession or under their control, including, but not limited to, any infringing products and related materials identified during discovery and Amazon's continued investigation;

E.     That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

F.     That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Amazon has sustained, or will sustain, as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, 17 U.S.C. § 504, the UCL, or otherwise allowed by law;

G.     That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

H.     That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, 17 U.S.C. § 505, the UCL, or otherwise allowed by law;

I.     That the Court enter an order requiring that financial institutions, including online payment systems and payment companies, restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting and infringing activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case;

J.     That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

DATED: August 22, 2023

DAVIS WRIGHT TREMAINE LLP
SCOTT COMMERSON
ADRIAN VALLENS


By: /s  Scott R. Commerson
        Scott R. Commerson


*Attorneys for Plaintiffs*
AMAZON TECHNOLOGIES, INC. and
AMAZON CONTENT SERVICES, LLC

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax