AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California |
|---|---|
| **DOCKET NO.**<br>2:23-cv-06886 | **DATE FILED**<br>8/22/2023 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Amazon Technologies, Inc. and Amazon Content Services, LLC | DVD Trade INT. LTD; Media Wholesale UK; Yangchun Zhang; and DOES 1-10 dba dvd-wholesale.com, bilidvd.com,dvdshelf.com.au,ddddd.com.au,buydvds.com.au,dvds.trade,and dvdwholesale.co.uk |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK** | **(BY) DEPUTY CLERK** | **DATE** |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

# TO REPORT ON THE FILING OF AN ACTION REGARIDNG COPYRIGHT

*Amazon Technologies, Inc. v. DVD Trade Int. Ltd. et al.*

List of Copyrighted Works

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| THE LORD OF THE RINGS: THE RINGS OF POWER: 101, A SHADOW OF THE PAST | Amazon Content Services LLC | PA 2-384-079 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 102, ADRIFT | Amazon Content Services LLC | PA 2-385-184 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 103, ADAR | Amazon Content Services LLC | PA 2-385-180 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 104, THE GREAT WAVE | Amazon Content Services LLC | PA 2-385-177 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 105, PARTINGS | Amazon Content Services LLC | PA 2-385-169 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 106, UDUN | Amazon Content Services LLC | PA 2-385-165 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 107, THE EYE | Amazon Content Services LLC | PA 2-385-154 | October 19, 2022 |
| THE LORD OF THE RINGS: THE RINGS OF POWER: 108, ALLOYED | Amazon Content Services LLC | PA 2-385-182 | October 19, 2022 |
| THE PERIPHERAL: 101, PILOT | Amazon Content Services LLC | PA 2-386-369 | November 9, 2022 |
| THE PERIPHERAL: 102, EMPATHY BONUS | Amazon Content Services LLC | PA 2-386-045 | November 8, 2022 |
| THE PERIPHERAL: 103, HAPTIC DRIFT | Amazon Content Services LLC | PA 2-386-043 | November 8, 2022 |
| THE PERIPHERAL: 104, JACKPOT | Amazon Content Services LLC | PA 2-386-625 | November 8, 2022 |
| THE PERIPHERAL: 105, WHAT ABOUT BOB? | Amazon Content Services LLC | PA 2-388-020 | November 16, 2022 |

Exhibit A to Report on the Filing of an Action Regarding Copyright - 1

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| THE PERIPHERAL: 106, FUCK YOU AND EAT SHIT | Amazon Content Services LLC | PA 2-388-953 | November 18, 2022 |
| THE PERIPHERAL: 107, THE DOODAD | Amazon Content Services LLC | PA 2-391-630 | December 19, 2022 |
| THE PERIPHERAL: 108, THE CREATION OF A THOUSAND FORESTS | Amazon Content Services LLC | PA 2-391-640 | December 19, 2022 |
| The Boys – The Name Of The Game – Episode #101 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-210-144 | September 12, 2019 |
| The Boys – Cherry – Episode #102 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-210-142 | September 12, 2019 |
| The Boys – Get Some – Episode #103 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-210-120 | September 12, 2019 |
| The Boys – The Female Of The Species – Episode #104 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-210-124 | September 12, 2019 |
| The Boys – Good For The Soul – Episode #105 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-210-143 | September 12, 2019 |
| The Boys – The Innocents – Episode #106 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-210-138 | September 12, 2019 |
| The Boys – The Self-Preservation Society – Episode #107 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-207-950 | September 12, 2019 |
| The Boys – You Found Me – Episode #108 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-207-956 | September 12, 2019 |
| The Boys – The Big Ride – Episode #201 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-094 | November 11, 2020 |
| The Boys – Proper Preparation and Planning – Episode #202 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-092 | November 11, 2020 |
| The Boys – Over The Hill With The Swords Of A Thousand Men – Episode #203 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-084 | November 11, 2020 |
| The Boys – Nothing Like It In The World – Episode #204 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-077 | November 11, 2020 |

Exhibit A to Report on the Filing of an Action Regarding Copyright - 2

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
213.633.6800 main · 213.633.6899 fax

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| The Boys – We Gotta Go Now – Episode #205 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-103 | November 11, 2020 |
| The Boys – The Bloody Doors Off – Episode #206 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-098 | November 11, 2020 |
| The Boys – Butcher, Baker, Candlestick Maker – Episode #207 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-032 | November 11, 2020 |
| The Boys – What I Know – Episode #208 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-273-105 | November 11, 2020 |
| The Boys – Payback – Episode #301 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-365-992 | July 15, 2022 |
| The Boys – The Only Man In The Sky – Episode #302 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-365-993 | July 15, 2022 |
| The Boys – Barbary Coast – Episode #303 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-365-995 | July 15, 2022 |
| The Boys – Glorious Five Year Plan – Episode #304 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-365-998 | July 15, 2022 |
| The Boys – The Last Time To Look On This World Of Lies – Episode #305 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-365-999 | July 15, 2022 |
| The Boys – Herogasm – Episode #306 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-366-001 | July 15, 2022 |
| The Boys – Here Comes A Candle To Light You To Bed – Episode #307 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-366-004 | July 15, 2022 |
| The Boys – The Instant White-Hot Wild – Episode #308 | Amazon Content Services LLC and Sony Pictures Television Inc. | PA 2-366-005 | July 15, 2022 |
| DAISY JONES AND THE SIX: Track 1: COME AND GET IT | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-175 | March 16, 2023 |
| DAISY JONES AND THE SIX: Track 2: I'LL TAKE YOU THERE | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-177 | March 16, 2023 |

Exhibit A to Report on the Filing of an Action Regarding Copyright - 3

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| DAISY JONES AND THE SIX: Track 3: SOMEONE SAVED MY LIFE TONIGHT | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-178 | March 16, 2023 |
| DAISY JONES AND THE SIX: Track 4: I SAW THE LIGHT | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-220 | March 16, 2023 |
| DAISY JONES AND THE SIX: Track 5: FIRE | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-221 | March 16, 2023 |
| DAISY JONES AND THE SIX: Track 6: WATEVER GETS YOU THRU THE NIGHT | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-222 | March 16, 2023 |
| DAISY JONES AND THE SIX: 107, Track 7: SHE'S GONE | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-223 | March 21, 2023 |
| DAISY JONES AND THE SIX: 108, Track 8: LOOKS LIKE WE MADE IT | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-407-225 | March 21, 2023 |
| DAISY JONES AND THE SIX: 109, Track 9: FEELS LIKE THE FIRST TIME | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-408-843 | March 24, 2023 |
| DAISY JONES AND THE SIX: 110, Track 10: ROCK 'N' ROLL SUICIDE | Amazon Content Services LLC and Be Sunshine Productions, LLC | PA 2-408-844 | March 24, 2023 |
| Carnival Row: Some Dark God Wakes | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-170 | November 20, 2019 |
| Carnival Row: Aisling | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-172 | November 21, 2019 |
| Carnival Row: The Joining of Unlike Things | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-175 | November 21, 2019 |

Exhibit A to Report on the Filing of an Action Regarding Copyright - 4

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
213.633.6800 main · 213.633.6899 fax

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Carnival Row: Kingdoms of the Moon | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-176 | November 21, 2019 |
| Carnival Row: Grieve No More | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-179 | November 21, 2019 |
| Carnival Row: Unaccompanied Fae | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-183 | November 21, 2019 |
| Carnival Row: The World to Come | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-184 | November 21, 2019 |
| Carnival Row: The Gloaming | Amazon Content Services LLC and Carnival Row Productions, LLC | PA 2-225-185 | November 21, 2019 |
| CLARKSON'S FARM: 101, TRACTORING | Amazon Content Services LLC | PA 2-301-634 | June 10, 2021 |
| CLARKSON'S FARM: 102, SHEEPING | Amazon Content Services LLC | PA 2-301-636 | June 11, 2021 |
| CLARKSON'S FARM: 103, SHOPPING | Amazon Content Services LLC | PA 2-301-637 | June 11, 2021 |
| CLARKSON'S FARM: 104, WILDING | Amazon Content Services LLC | PA 2-301-638 | June 11, 2021 |
| CLARKSON'S FARM: 105, PAN(DEM)ICKING | Amazon Content Services LLC | PA 2-301-640 | June 11, 2021 |
| CLARKSON'S FARM: 106, MELTING | Amazon Content Services LLC | PA 2-301-641 | June 10, 2021 |
| CLARKSON'S FARM: 107, FLUFFING | Amazon Content Services LLC | PA 2-301-642 | June 11, 2021 |
| CLARKSON'S FARM: 108, HARVESTING | Amazon Content Services LLC | PA 2-301-643 | June 10, 2021 |
| THE LEGEND OF VOX MACHINA: 101, THE TERROR OF TAL'DOREI – PART 1 | Amazon Content Services LLC | PA 2-344-719 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 102, THE TERROR OF TAL'DOREI – PART 2 | Amazon Content Services LLC | PA 2-344-722 | February 21, 2022 |

Exhibit A to Report on the Filing of an Action Regarding Copyright - 5

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
213.633.6800 main · 213.633.6899 fax

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| THE LEGEND OF VOX MACHINA: 103, THE FEAST OF REALMS | Amazon Content Services LLC | PA 2-344-717 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 104, SHADOWS AT THE GATES | Amazon Content Services LLC | PA 2-344-684 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 105, FATE'S JOURNEY | Amazon Content Services LLC | PA 2-344-731 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 106, SPARK OF REBELLION | Amazon Content Services LLC | PA 2-344-727 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 107, SCANBO | Amazon Content Services LLC | PA 2-344-735 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 108, A SILVER TONGUE | Amazon Content Services LLC | PA 2-344-733 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 109, THE TIDE OF BONE | Amazon Content Services LLC | PA 2-344-726 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 110, DEPTHS OF DECEIT | Amazon Content Services LLC | PA 2-344-720 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 111, WHISPERS AT THE ZIGGURAT | Amazon Content Services LLC | PA 2-344-685 | February 21, 2022 |
| THE LEGEND OF VOX MACHINA: 112, THE DARKNESS WITHIN | Amazon Content Services LLC | PA 2-344-686 | February 21, 2022 |

Exhibit A to Report on the Filing of an Action Regarding Copyright - 6

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
213.633.6800 main · 213.633.6899 fax