Scott R. Commerson (Cal. Bar No. 227460)
    scottcommerson@dwt.com
Danielle L. Toaltoan (*pro hac vice*)
    danielletoaltoan@dwt.com
Adrian F. Vallens (Cal. Bar No. 332013)
    adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs
AMAZON TECHNOLOGIES, INC.
and AMAZON CONTENT SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON CONTENT SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD TRADE INT. LTD, an unknown business entity d/b/a DVDSHELF; MEDIA WHOLESALE UK, an unknown business entity d/b/a DVDSHELF; YANGCHUN ZHANG, an individual d/b/a DVDSHELF; and Does 1-10 d/b/a dvd-wholesale.com, bilidvd.com, dvdshelf.com.au, ddddd.com.au, buydvds.com.au, dvds.trade, and dvdwholesale.co.uk,<br><br>Defendants. | Case No. 2:23-cv-06886-FLA-JC<br><br>**NOTICE OF MOTION AND MOTION FOR ALTERNATIVE SERVICE OF DEFENDANTS**<br><br>Date:  February 9, 2024<br>Time:  1:30 p.m.<br>Courtroom:  6B<br>Judge:  Hon. Fernando L. Aenlle-Rocha |

AMAZON'S NOTICE OF MOTION AND MOTION
FOR ALTERNATIVE SERVICE

**TO THE HONORABLE COURT:**

  **PLEASE TAKE NOTICE** that on February 9, 2024, at 1:30 P.M., or as soon as the matter may be heard in Courtroom 6B of the First Street Courthouse located at 350 West 1st Street, Los Angeles, California, plaintiffs Amazon Technologies, Inc. and Amazon Content Services, LLC (collectively, "Amazon") will move the Court, the Honorable Fernando L. Aenlle-Rocha, United States District Judge presiding, for an Order authorizing email service on Defendants DVD Trade Int. LTD, Media Wholesale UK, and YangChun Zhang (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 4(f)(3).

  Amazon submits this Motion seeking this Court's order authorizing service of Defendants via alternative means on the grounds that:

1. Amazon has conducted an extensive investigation of the Defendants in this case, which has uncovered that the three named Defendants are located abroad – likely, in China – although Amazon has been unable to locate a valid physical address that it believes could be used to effect service on them despite its diligent efforts to do so;

2. Defendants appear to use and display numerous false addresses and other falsified contact information to avoid detection, and after Amazon initiated this case, Amazon learned that Defendants modified, took down, or blocked access to multiple of the Original Piracy Websites,

3. Amazon has located various email addresses that Defendants used to carry out their piracy scheme, including email addresses from receipts from test purchases of pirated DVDs, and from email addresses that currently appear on the Defendants' websites.

  This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Scott Commerson, the pleading, files, and all records in this action, and on any argument or evidence that might be offered ay any hearing on this matter.

AMAZON'S NOTICE OF MOTION AND MOTION
FOR ALTERNATIVE SERVICE-2

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax

1     As Defendants have not yet appeared in this action, counsel for Amazon was
2 unable to conduct the required conference of counsel pursuant to L.R. 7-3.
3     DATED this 8th day of January, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs* AMAZON TECHNOLOGIES, INC. and AMAZON CONTENT SERVICES, LLC

*s/ Scott R. Commerson*
Scott R. Commerson, CA Bar No. 227460
Danielle L. Toaltoan (*pro hac vice*)
Adrian F. Vallens, CA Bar No. 332013
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com
Email: adrianvallens@dwt.com

AMAZON'S NOTICE OF MOTION AND MOTION FOR ALTERNATIVE SERVICE-3

Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA   90017-2566
213.633.6800 main · 213.633.6899 fax