1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DVD TRADE INT. LTD, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-06886-FLA (JCx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

1

On December 14, 2023, Plaintiffs Amazon Technologies, Inc. and Amazon Content Services, LLC (together, "Plaintiffs") filed the instant Complaint against Defendants DVD Trade Int. LTD, Media Wholesale UK, and Yangchun Zhang (collectively, "Defendants").  Dkt. 1.

Plaintiffs allege Defendants own, operate, and control a global network of websites that allegedly infringe on Plaintiffs' original and creative work.  *Id.* at 1.  On April 19, 2024, the court issued an Order granting Plaintiffs' Motion for Alternative Service of Process and allowing Plaintiffs to serve Defendants by email.  Dkt. 24.  On April 29, 2024, Plaintiffs filed a proof of service in accordance with the court's previous Order.  Dkt. 25.  On September 16, 2024, the court granted Plaintiffs' Application for Entry of Default Against Defendants.  Dkt. 28.  On September 16, 2024, the clerk of the court entered default against Defendants pursuant to Fed. R. Civ. P. 55(a).  Dkt. 29.  Plaintiffs have not filed an application for entry of default judgment or taken other steps to pursue their case actively.  *See* Fed. R. Civ. P. 55(b).

Accordingly, the court ORDERS Plaintiffs to Show Cause ("OSC") in writing within fourteen (14) days of this Order why the court should not dismiss the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  The filing of an application for default judgment timely shall constitute a sufficient response to the OSC.  Failure to respond timely may result in the dismissal of the action without further notice.

IT IS SO ORDERED.

Dated: March 12, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge