| | |
|---|---|
| 1 | SCOTT R. COMMERSON (State Bar No. 227460) |
|   | scottcommerson@dwt.com |
| 2 | L. DANIELLE TOALTOAN (*pro hac vice*) |
|   | danielletoaltoan@dwt.com |
| 3 | ADRIAN F. VALLENS (State Bar No. 332013) |
|   | adrianvallens@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 350 South Grand Avenue, 27th Floor |
| 5 | Los Angeles, California 90071-3487 |
|   | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |

Attorneys for Plaintiffs
AMAZON TECHNOLOGIES, INC. and
AMAZON CONTENT SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON CONTENT SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD TRADE INT. LTD, an unknown business entity d/b/a DVDSHELF; MEDIA WHOLESALE UK, an unknown business entity d/b/a DVDSHELF; YANGCHUN ZHANG, an individual d/b/a DVDSHELF; and Does 1-10 d/b/a dvd-wholesale.com, bilidvd.com, dvdshelf.com.au, ddddd.com.au, buydvds.com.au, dvds.trade, and dvdwholesale.co.uk,<br><br>Defendants. | Case No. 2:23−cv−06886 FLA-JC<br><br>NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION<br><br>Judge: Hon. Fernando Aenlle-Rocha<br>Date: April 18, 2025<br>Time: 1:30 p.m.<br>Courtroom: 6B<br><br>Filed concurrently herewith:<br><br>(1) Memorandum of Points and Authorities;<br>(2) Declaration of Scott R. Commerson;<br>(3) Declaration of Michael Kelly<br>(4) Declaration of Michael B. Moore<br>(5) [Proposed] Order |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CA 90071-3487
(213) 633-6800 Fax: (213) 633-6899

**TO DEFENDANTS DVD TRADE INT. LTD, MEDIA WHOLESALE UK, AND YANGCHUN ZHANG:**

**PLEASE TAKE NOTICE** that on Friday, April 18, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6D of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, Plaintiffs Amazon Technologies, Inc. and Amazon Content Services, LLC (collectively, "Amazon" or "Plaintiffs") will move the Court, the Honorable Fernando Aenlle-Rocha, United States District Judge presiding, for the entry of a default judgment and issuance of a permanent injunction.

This Motion is made on the following grounds, as set forth more fully in the supporting papers filed and served with this Notice of Motion and Motion:

1. Defendants DVD Trade Int. Ltd. ("DVD Trade"), Media Wholesale UK ("Media Wholesale"), and Yangchun Zhang ("Zhang") (collectively, the "Defendants") were served with a copy of the Summons and Complaint in this action.

2. Despite service of the Summons and Complaint, Defendants have failed to file a responsive pleading or otherwise appear in this lawsuit.

3. On September 16, 2024, the Clerk of the Court entered Defendants' default (Dkt. 28), and Defendants have not sought relief from the entry of their default;

4. Defendants are not infants or incompetents and Defendants are not in military service such that the Servicemembers Civil Relief Act would apply;

5. Plaintiffs are entitled to the relief prayed for in the Complaint, including a judgment entered in favor of Amazon Content Services on its claim for copyright infringement, and in favor of Amazon Technologies on its claims for trademark counterfeiting and trademark infringement, false designation of origin and false advertising, and violation of UCL Bus. & Prof. Code § 17200, as to

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
DEFAULT JUDGMENT AND PERMANENT INJUNCTION

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CA 90071-3487
(213) 633-6800 Fax: (213) 633-6899

liability, injunctive relief, and damages, as set forth more fully in the attached Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that if you wish to oppose this Motion, any and all opposition must be filed with the Court and served on Amazon's counsel no later than three weeks before the hearing date on the Motion (*see* L.R. 7-9), and that as corporations, Defendants DVD Trade and Media Wholesale may participate in this action only through an attorney admitted to practice before this District Court (*see* L.R. 83-2.2.2).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, the matters in which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motion.

Defendants are unrepresented and their default has been entered, and as a result, Defendants have been unable to conduct a pre-filing conference pursuant to L.R. 7-3.

DATED: March 19, 2025

DAVIS WRIGHT TREMAINE LLP
SCOTT R. COMMERSON
L. DANIELLE TOALTOAN
ADRIAN F. VALLENS

By: */s Scott R. Commerson*
Scott R. Commerson
Attorneys for Plaintiffs
AMAZON TECHNOLOGIES, INC. and
AMAZON CONTENT SERVICES, LLC

2
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
DEFAULT JUDGMENT AND PERMANENT INJUNCTION

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CA 90071-3487
(213) 633-6800 Fax: (213) 633-6899