1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON CONTENT SERVICES, LLC, a Delaware limited liability company, | Case No. 2:23−cv−06886 FLA-JC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION [DKT. 32] |
| vs. | |
| DVD TRADE INT. LTD, an unknown business entity d/b/a DVDSHELF; MEDIA WHOLESALE UK, an unknown business entity d/b/a DVDSHELF; YANGCHUN ZHANG, an individual d/b/a DVDSHELF; and Does 1-10 d/b/a dvd-wholesale.com, bilidvd.com, dvdshelf.com.au, ddddd.com.au, buydvds.com.au, dvds.trade, and dvdwholesale.co.uk, | |
| Defendants. | |

This action came before the Court on the Motion for Default Judgment and Permanent Injunction filed by Plaintiffs Amazon Technologies, Inc. ("Amazon Technologies") and Amazon Content Services, LLC ("Amazon Content Services") (collectively, "Amazon" or "Plaintiffs") against Defendants DVD Trade Int. Ltd d/b/a DVDSHELF; Media Wholesale UK d/b/a DVDSHELF; and Yangchun Zhang d/b/a DVDSHELF (collectively, "Defendants"). Having carefully considered all the pleadings, documentary evidence, and arguments:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The record establishes that Defendants are copying, distributing, offering for sale, and/or selling, via the Internet, goods bearing counterfeit reproductions of Amazon Technologies' federally-registered trademarks set forth in Exhibit C to the Complaint ("Amazon Trademarks")[1] and infringing Amazon Content Services' exclusive rights in Amazon's validly-owned copyrights set forth in Exhibits A and B to the Complaint ("Amazon Copyrights"), which trademarks and copyrights are owned and/or controlled by Plaintiffs and used in connection with various goods and services, including the production and distribution of film and television programs (collectively, "Plaintiffs' Products");

2. Defendants are copying, distributing, offering for sale, and/or selling DVDs that infringe the Amazon Trademarks and Amazon Copyrights ("Infringing Products") to buyers in the United States, through a network of websites ("Piracy Websites") resolving at various domain names set forth in Exhibit 1 attached hereto ("Subject Domain Names");

3. Judgment should be entered in favor of Amazon Content Services on its claim for copyright infringement, and in favor of Amazon Technologies on its

---

[1] As stated in Amazon's Memorandum of Law, Amazon Technologies seeks statutory damages based on Defendants' infringement of three of the four registered trademarks pled in the Complaint: USPTO Reg. Nos. 6,178,564, 6,239,839, and 5,875,031.

1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT

claims for trademark counterfeiting and trademark infringement, false designation of origin and false advertising, and violation of UCL Bus. & Prof. Code § 17200, as to liability, injunctive relief, and damages;

4. The Court awards Amazon Content Services, LLC statutory damages based on its findings regarding Defendants' willful violations of the Copyright Act, in the total amount of $3,075,000;

5. The Court awards Amazon Technologies, Inc. statutory damages based on its findings regarding Defendants' willful violations of the Lanham Act, in the total amount of $3,000,000;

6. The Clerk is directed to enter judgment against Defendants and in favor of Plaintiffs for the amounts set forth above;

7. Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

  a. using the Amazon Trademarks or any reproduction, counterfeit, copy or colorable imitation of the Amazon Trademarks in connection with the distribution, advertising, offering for sale, and/or sale of any products or merchandise that are not genuine products of Plaintiffs; and

  b. passing off, inducing, or enabling others to sell or pass off any Infringing Products as Plaintiffs' Products;

  c. directly or indirectly infringing any of Plaintiffs' exclusive rights in Plaintiffs' Copyrights for motion pictures and television programs, including without limitation by copying, distributing, offering for sale or selling (via the Internet or through other means) any copies of Plaintiffs' copyrighted works, except

1 | pursuant to a lawful license or with the express authority of
2 | Plaintiffs;
3 |     d. shipping, delivering, holding for sale, copying, distributing,
4 | returning, transferring or otherwise moving, storing, or disposing
5 | of, in any manner, DVDs or other items falsely bearing
6 | Plaintiffs' Trademarks or any reproduction, counterfeit, copy, or
7 | colorable imitation of same, or reproducing or containing works
8 | protected by Plaintiffs' Copyrights;
9 |     e. operating and/or hosting Defendants' Piracy Websites;
10 |     f. moving, destroying, or otherwise disposing of any items,
11 | merchandise, or documents relating to the Infringing Products,
12 | Piracy Websites, and Defendants' assets and operations; and/or
13 |     g. assisting, aiding, or abetting any other person or business entity
14 | in engaging in or performing any of the activities referred to in
15 | the above subparagraphs (a)-(f).
16 |     8. Further, Defendants, and those persons in active concert or
17 | participation with them, including without limitation the domain name registrars
18 | associated with the domains listed in **Exhibit 1** (attached) (the "Subject Domains"),
19 | who receive actual notice of this order by personal service or otherwise, including
20 | without limitation the domains' current registrars, GoDaddy.com LLC and
21 | Drop.com.au Ptd Ltd, are hereby ORDERED to transfer ownership of the Subject
22 | Domain Names to Plaintiffs. Further, any top-level domain registry ("TLDR") for
23 | the Subject Domain Names or their administrators, including backend registry
24 | operators or administrators, who receive actual notice of this order by personal
25 | service or otherwise, including without limitation the domains' current registries
26 | Verisign, Inc., auDA, Elite Registry Limited, and Nominet UK, are hereby
27 | ORDERED to change, or assist in changing, the registrar of record for the Subject
28 | Domain Names, including without limitation the domains listed in Exhibit 1

3

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT

attached, to a new domain registrar specified by Plaintiffs, and that new domain registrar is then ORDERED to transfer the Subject Domain Names to Plaintiffs. In addition, any hosting service providers for the Piracy Websites who receive actual notice of this order by personal service or otherwise, including without limitation the Piracy Websites' current hosting providers, are hereby ORDERED to suspend any services to such websites and place an administrative lock on the websites to prevent accessing and downloading the websites' content or transferring the websites' content to another domain name or hosting service.

9. Where this Order requires a third party to act, the third party may, upon giving notice to Plaintiffs' counsel, seek relief from the Order by filing a motion with this Court.

10. The Court will retain jurisdiction to enforce the Permanent Injunction. Amazon may request that the Permanent Injunction apply to additional domains and websites if the Court determines that the evidence sufficiently establishes such domains or websites are being operated by Defendants, and infringe Amazon's copyrighted and/or trademarked Works.

11. Amazon's counsel is hereby directed to serve a copy of this Order and Injunction on Defendants at the email addresses used for service.

Dated: _____, 2025            _____
                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge

**Exhibit 1**

| Subject Domain Name |
|---|
| dvd-wholesale.com |
| bilidvd.com |
| dvdshelf.com.au |
| ddddd.com.au |
| buydvds.com.au |
| dvds.trade |
| dvdwholesale.co.uk |
| cheap-dvds.com |

5
[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT