1  Scott R. Commerson (Cal. Bar No. 227460)
   scottcommerson@dwt.com
2  Danielle L. Toaltoan (*pro hac vice*)
   danielletoaltoan@dwt.com
3  Adrian F. Vallens (Cal. Bar No. 332013)
   adrianvallens@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   350 S. Grand Ave., Fl. 27
5  Los Angeles, California 90071-3487
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Plaintiffs
   AMAZON TECHNOLOGIES, INC.
8  and AMAZON CONTENT SERVICES, LLC

9

10                    **UNITED STATES DISTRICT COURT**

11                   **CENTRAL DISTRICT OF CALIFORNIA**

12                           **WESTERN DIVISION**

13

| 14 | AMAZON TECHNOLOGIES, INC., a Nevada corporation; and AMAZON CONTENT SERVICES, LLC, a Delaware limited liability company, | Case No. 2:23-cv-06886-FLA-JC |
|---|---|---|
| 15 | | |
| 16 | | **PROOF OF SERVICE OF AMAZON'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AND SUPPORTING PAPERS** |
| 17 | Plaintiffs, | |
| 18 | vs. | |
| 19 | DVD TRADE INT. LTD, an unknown business entity d/b/a DVDSHELF; MEDIA WHOLESALE UK, an unknown business entity d/b/a DVDSHELF; YANGCHUN ZHANG, an individual d/b/a DVDSHELF; and Does 1-10 d/b/a dvd-wholesale.com, bilidvd.com, dvdshelf.com.au, ddddd.com.au, buydvds.com.au, dvds.trade, and dvdwholesale.co.uk, | |
| 20 | | Judge: Hon. Fernando L. Aenlle-Rocha |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and am not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 350 South Grand Avenue, 27th Floor, Los Angeles, California 90071-3460.

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rules 55-2, on March 20, 2025, I provided notice of and caused to be served true and correct copies of the following documents:

1. Notice of Motion and Motion in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 32);
2. Memorandum in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 32-1);
3. Declaration of Scott Commerson in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 32-2);
4. Declaration of Michael Kelly in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 32-3);
5. Declaration of Michael B. Moore in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 32-4); and
6. [Proposed] Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 32-5)

to Defendants DVD Trade Int. Ltd., Media Wholesale UK, and Yangchun Zhang. These documents were provided via RPost by and through an employee of Davis Wright Tremaine, who at my request and under my supervision, sent Defendants these materials via the email addresses listed below:

- bill.dvdwholesale@gmail.com;
- ltd.turing@gmail.com;
- store@dvd-wholesale.com;
- service@dvdshelf.com.au.

PROOF OF SERVICE - 2

RPost confirmed delivery of the service emails at each of the above email addresses without any error notices or bounce back messages. The email to email addresses sales@cheap-dvds.com and service@buydvds.com.au were returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2025.

*s/ Adrian F. Vallens*<br>Adrian F. Vallens

PROOF OF SERVICE - 3